IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02320-WYD-BNB

JUSTIN STEPHENS,

   Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC., a Florida corporation,

   Defendant.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal Without Prejudice filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (ECF No. 6), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated:  October 20, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE